IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-061-RJC-DCK

| | |
|---|---|
| SDS SPORTS AGENCY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALEJANDRO MAYORKAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion For Stay Of Proceedings" (Document No. 7) filed May 2, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement on a stay, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion For Stay Of Proceedings" (Document No. 7) is **GRANTED**. This matter is hereby **STAYED**.

**IT IS FURTHER ORDERED** that counsel for the parties shall file a Joint Status Report on or before **August 30, 2023**.

**SO ORDERED**.

Signed: May 2, 2023

David C. Keesler
United States Magistrate Judge