IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-061-RJC-DCK

| | |
|---|---|
| SDS SPORTS AGENCY, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ALEJANDRO MAYORKAS, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion To Extend Stay Of Proceedings" (Document No. 10) filed August 29, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement on a stay, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion To Extend Stay Of Proceedings" (Document No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for the parties shall file a Joint Status Report on or before **October 14, 2023**.

**SO ORDERED**.

Signed: August 29, 2023

David C. Keesler
United States Magistrate Judge