# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-061-RJC-DCK

| | |
|---|---|
| **SDS SPORTS AGENCY, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ALEJANDRO MAYORKAS, et al.,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion To Extend Stay Of Proceedings" (Document No. 14) filed October 13, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion To Extend Stay Of Proceedings" (Document No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for the parties shall file a Joint Status Report on or before **November 28, 2023**.

**SO ORDERED**.

Signed: October 13, 2023

David C. Keesler
United States Magistrate Judge