IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-061-RJC-DCK

| | |
|---|---|
| SDS SPORTS AGENCY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALEJANDRO MAYORKAS, UR MENDOZA ) | |
| JADDOU, U.S. CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, and ) | |
| KRISTINE R. CRANDALL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Parties' Joint Proposed Scheduling Order" (Document No. 18) filed on November 28, 2023, and construed by the Court as a motion. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that the "Parties' Joint Proposed Scheduling Order" (Document No. 18) is **GRANTED with modification** as follows: Plaintiff shall file an Amended Complaint on or before **January 5, 2023**; and Defendants shall file an Answer, or otherwise respond to Plaintiff's Amended Complaint, on or before **February 2, 2023**.

**SO ORDERED**.

Signed: November 29, 2023

David C. Keesler
United States Magistrate Judge